**FILED**

AO 91 (Rev. 02/09) Criminal Complaint

~~JUL 0 2 2009~~

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Juan Gabriel RUIZ Uitzil | ) | Case No.  DR09-5809M01 |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __07/02/2009__ in the county of __Val Verde__ in the __Western__ District of __Texas__ , the defendant violated __18__ U. S. C. § __554__ _____, an offense described as follows:

Did fraudulently and knowingly export or send from the United States or attempt to export or send from the United States any merchandise article or object contrary to the laws of the United States, to wit 1,200 rounds of .223 caliber and 100 rounds of 9mm caliber, and did receive and buy and facilitate the transportation or sale of such merchandise prior to exportation knowing the same to be intended for exportation contrary to the laws of the United States.

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Adam Ducharme Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    __07/02/2009__

_____
*Judge's signature*

City and state:    _____Del Rio, Texas_____

U.S. Magistrate Judge Victor Garcia
_____
*Printed name and title*

See Attachment "A"

On July 2, 2009, Juan Gabreil RUIZ Uitzil was stopped by Customs and Border Protection traveling south bound to Mexico at the Del Rio Port of Entry. When RUIZ was asked by Customs and Border Protection Officers if he had anything to declare, RUIZ stated he had ammunition. A search of the vehicle yielded 1,200 rounds of .223 caliber and 100 rounds of 9mm caliber ammunition. During a post Miranda interview, RUIZ stated he knew it was against United States law for him to export ammunition from the United States.